U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

FEB **1 3** 2020

AT_____ O'CLOCK_____
John M. Domurad. Clerk - Plattsburgh

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.  8:20-PO-26 (DJS) |
| | ) | |
| **v.** | ) | **Information** |
| | ) | |
| **VLADAMIR SAKAEV** | ) | Violation:      8 U.S.C. § 1325 |
| | ) |                    [Improper Entry by Alien] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:     Franklin |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### [Improper Entry by Alien]

On or about February 4, 2020, in Franklin County in the Northern District of New York,

the defendant, **VLADAMIR SAKAEV**, an alien, native and citizen of Canada, entered the United

States at a time and place other than as designated by immigration officers, in violation of Title 8,

United States Code, Section 1325(a)(1).

Dated: February 13, 2020

GRANT C. JAQUITH
United States Attorney

By:      */s/ Jeffrey C. Stitt*
_____
Jeffrey C. Stitt
Assistant United States Attorney
Bar Roll No. 520195